IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

      vs.                      Case Number: 3:00-CR-00004(HL)

**JOSE E. MAYORAL**
**************************

MOTION REQUESTING A SUMMONS FOR REVOCATION OF PROBATION

**TO THE HONORABLE Héctor M. Laffitte**
**SENIOR U.S. DISTRICT COURT JUDGE**
**DISTRICT OF PUERTO RICO**

**COMES NOW, Víctor Canino, U.S. PROBATION OFFICER of this Court,** notifying the Court of Mr. José E. Mayoral's termination of probation with an outstanding restitution and requesting a summons for revocation of probation based on new criminal conduct.

On November 30, 1988, Mr. Mayoral was sentenced in the Southern District of Florida to ten (10) years of incarceration after previously pleading guilty to all counts of a six-count information charging violations of 18 U.S.C. §§ 1341, 1343, 1344, and 2. The Court specified the following: defendant is committed to five (5) years incarceration on count one; and five (5) years incarceration on count three. Count three, is to run consecutive to the sentence imposed on count one. ***The Court further ordered that the sentence imposed on counts two, four, five and six is suspended and the defendant is placed on probation for five (5) years concurrent with each other, but consecutive to the sentence of incarceration including any parole or supervision.***

The Court further ordered that Mr. Mayoral was to pay restitution to AMVETS Corporation of two million dollars ($2,000,000) within five years.

On May 28, 1992, Mr. Mayoral was released on parole supervision to the Southern District of Florida. On August 24, 1993, a warrant was issued by the Southern District of Florida as Mr. Mayoral violated the

terms of his parole for new criminal conduct.  On June 28, 1996, Mr. Mayoral was arrested.  On October 15, 1996, Mayoral's parole term was revoked.

On August 27, 1999, Mr. Mayoral was released from incarceration and was paroled to the District of Puerto Rico.  According to parole documents Mr. Mayoral's new termination was November 10, 2001, at which time he began a five (5) year term of probation.

On November 19, 1999, Mr. Mayoral's jurisdiction was transferred to the District of Puerto Rico.  On December 3, 1999, Mayoral agreed to pay $200 per month toward his Court ordered restitution which he has done faithfully.

***VIOLATION CONDITION #1 and #4:*** **You shall not commit another federal, sate, or local crime during your term of supervision.  You shall answer truthfully all inquiries by the probation officer.**

On July 12, 2005, the United States mailed Mr. Mayoral financial documents requesting him to provide his current financial status. Mayoral returned the documents on August 2, 2005.  After reviewing the financial documents, it is clear that Mr. Mayoral failed by omission to provide information required to determine his financial position. He subsequently furnished false documents under the penalty of perjury and making false statements  which violates 18 U.S.C. § 1001.

**WHEREFORE,** I declare under penalty of perjury that the foregoing is true and correct and, unless the Court rules otherwise, it is respectfully requested that the Court issue a summons, pursuant to 18 U.S.C. § 3565(c), or until Mr. Mayoral and his counsel sign the agreement

that was reached.  According to William Power, of Mc Conell & Valdés, two weeks should be sufficient to resolve the matter.

Should Mr. Mayoral not sign the agreement, the Court has discretion to revoke Mr. Mayoral's probation and sentence him to the original time he would have received on the suspended counts, should the Court find cause he committed any violations of probation.

In San Juan, Puerto Rico, this 8th day of November, 2006.

>Respectfully submitted,
>
>EUSTAQUIO BABILONIA, CHIEF
>U.S. PROBATION OFFICER
>
>
>S/Victor M. Canino
> U.S. Probation Officer
> 150 Carlos Chardón Avenue
> Federal Office Building,
> Room G-50
> San Juan, PR 00918
> (787) 771-3629
> (787) 766-5945
> victor_canino@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 7, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the EM/ECF system which will send notification of such filing to the following:

H.S. García, U.S. Attorney, and Joseph Laws of the United States Federal Public Defenders Office.

At San Juan, Puerto Rico this 8th day of November 2005.

                                                              S/Victor M. Canino
                                                                U.S. Probation Officer
                                                                150 Carlos Chardón Avenue
                                                                Federal Office Building
                                                               Room G-50
                                                               San Juan, PR 00918
                                                               (787) 771-3629
                                                               (787) 766-5945
                                              victor_canino@prp.uscourts.gov