IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.                                           Case No. 00-004 (HL)

JOSE E. MAYORAL

* * * * * * * * * * * * * * * * * * * * * *

### ORDER TO SHOW CAUSE

Upon petition of, **VICTOR M. CANINO, U.S. PROBATION OFFICER** of this Court, alleging that offender **José E. Mayoral** has failed to comply with his conditions of supervised release, it is ordered that the offender appear before this Court on _November 15/06_ at _11:00_ for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked; thereupon the offender to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him

2. To present evidence in his own behalf

3. To the opportunity to question witnesses against him.

4. To be represented by counsel

The Clerk shall immediately issue the corresponding summons and provide counsel for the offender and for the government with copy of this Order.

IT IS ORDERED.

In San Juan, Puerto Rico this 8th day of November, 2006.

S/HECTOR M. LAFFITTE,
SENIOR UNITED STATES DISTRICT JUDGE