

# United States District Court *for the* District of Puerto Rico

## APPEARANCE

CASE NUMBER:

00-0004    (HL)

U.S.  v.  Jose Mayoral

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jose Mayoral

November 9, 2006
DATE

*[signature]*
SIGNATURE

Marco Antonio Rigau
PRINT NAME

PO Box 363967
ADDRESS

San Juan   PR    00936
CITY              STATE    ZIP CODE

787-753-6455/787-565-0242 cel.
PHONE NUMBER