AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

### FOR THE _____ DISTRICT OF _____ PUERTO RICO

UNITED STATES OF AMERICA          **APPEARANCE**

v.                                CRIMINAL NO. 00-0004(HL)

JOSE E. MAYORAL

To the Clerk of this court and all parties of record:

      Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

 

S/Ernesto Lopez-Soltero
*USDC No.* 208806
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787)766-6222
Email: ernesto.lopez@usdoj.gov

Dated: November 14, 2006

**Notice of Appearance**
**Page 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

At San Juan, Puerto Rico this 14th day of November, 2006.

S/ *Ernesto Lopez-Soltero*
Attorney for Plaintiff