## RIGAU C.S.P.
Abogados

Edif. Norfe Ofic. 201
Ave. 65 de Infantería 714
Río Piedras, Puerto Rico 00924

Lcdo. Marco Antonio Rigau

Fax. 787-766-8648
rigaucsp@yahoo.com
Apartado 363967
San Juan, Puerto Rico 00936-3967


EXHIBIT A

# MEMORANDUM OF UNDERSTANDING

To      :   José González Irizarry, Esq.

From    :   Marco Antonio Rigau

Re      :   Amvest / José Mayoral

Date    :   November 3, 2006

---

This is regard to our yesterday's telephone conversation to the effect that as a settlement to Amvest claim and rights under the restitution order against Mr. Mayoral our client will do the following:

1.   Our client will pay as soon as possible, within the next sixty days, one hundred thousand dollars ($100,000) to Amvest.

2.   Within the year 2007, Mr. Mayoral will pay Amvest two hundred fifty thousand dollars ($250,000).

Amvest agrees to notify the Court that it has no objection to the closing of the criminal matter and the probation of Mr. Mayoral because a settlement has been reached.

Mr. Mayoral is willing to execute any reasonable guarantee that your client feels necessary for the closing of the mentioned agreement.