IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    *Plaintiff*,

v

JOSE E. MAYORAL,
    *Defendant*.

CRIMINAL NO. 00-004 (HL)

**MOTION TO LEAVE TO WITHDRAW AS COUNSEL OF RECORD**
**(Re: Representation and Electronic Filing)**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**COMES NOW,** the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, very respectfully states and prays as follows:

1. On November 9, 2006, the Federal Public Defender was appointed to represent the defendant ***José E. Mayoral.***

2. On November 9, 2006 Attorney Marcos A. Rigau filed a Notice of Appearance on behalf of defendant José E. Mayoral.

3. That the Federal Public Defender and the Assistant Federal Public Defender Carlos A. Vázquez-Alvarez are no longer in charge of the legal representation of defendant José E. Mayoral.

WHEREFORE, the undersigned attorney respectfully request that the appearance of the Federal Public Defender and his appearance as counsel of record are terminated for purposes of electronic messages, filings, etc.

U.S. v. José E. Mayoral                                                                                          -2-
Crim. No. 00-004 (HL)

I HEREBY CERTIFY that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 15th day of November, 2006.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**
**District of Puerto Rico**

*S/Carlos A. Vázquez-Alvarez*
CARLOS A. VÁZQUEZ-ALVAREZ
**USDC-PR 206903**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**Hato Rey, PR  00918-2441**
**Tel. (787) 281-4922 / Fax (787) 281-4899**
**E-mail :** carlos_vazquez@fd.org