## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS          DATE: November 15, 2006

HONORABLE HECTOR M. LAFFITTE, U.S. SENIOR JUDGE

COURTROOM DEPUTY: Sarah V. Ramón     Case No. CR. 00-004-01 (HL)

COURT REPORTER: Rolayne Volpe     USPO: Víctor Canino

COURT INTERPRETER: Janis Palma (not needed)

================================================================

United States of America     ATTORNEYS:
                                   Ernesto López-Soltero, AUSA

Plaintiff

v.

José E. Mayoral                   Marco Antonio Rigau

Defendant(s)
================================================================

      CASE CALLED FOR AN ORDER TO SHOW CAUSE HEARING AS TO VIOLATION OF CONDITIONS OF SUPERVISED RELEASE.

      Government's counsel informs that parties have reached a settlement with restitution obligation. Therefore, he requests that the hearing be continued so parties can finalize the negotiation.

      Defense counsel clarifies that since the year 2003, the defendant has continuously made efforts to comply and satisfy his restitution obligation. He further states that there is no objection regarding the government's request that the mortgage be executed.

      After hearing the parties, and extensively reviewing and discussing the issue with the probation officer, the Court grants the request.

      **The Order to Show Cause Hearing is reset for January 9, 2007 at 9:30 a.m.** The Court notes that if all matters that need to be complied with are met by that date, the case will then be closed.

The defendant is admonished as to the consequences he will face should he violate the condition of his supervised release (restitution obligation) and appraises the defendant that the supervised release term cannot be extended, therefore, any violation would lead to the defendant's incarceration.

s/Sarah V. Ramón  
Sarah V. Ramón, Deputy Clerk
