USM 

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL    DISTRICT OF    PUERTO RICO

| UNITED STATES OF AMERICA V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| JOSE E. MAYORAL<br>#24 CAMINO DEL MERLIN SABANERA<br>DORADO, PUERTO RICO 00646<br>TEL. 787-278-0578<br>BEEPER: 787-632-3003 | Case Number:    00-CR-004 (HL) |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>U.S. Courthouse and Federal Building<br>150 Carlos Chardon Street<br>Hato Rey, P.R. 00918<br>Before: HON. HECTOR M. LAFFITTE | Room<br>138 |
|---|---|
| | Date and Time<br>NOVEMBER 15, 2006 AT 11:00 A.M. |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    X Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of _____ United States Code, _____

Brief description of offense:

SEE MOTION AND ORDER ATTACHED.

RECEIVED AND FILED
2006 NOV 28 AM 11:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| HECTOR M. LAFFITTE, U.S. DISTRICT JUDGE | S/Hector M. Laffitte |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

NOVEMBER 9, 2006
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] Date 11/09/06

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: SERVED DEFT. Thru his Atty MARCOS RIGAU at the USPO- D/PR- at 2:40p.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 11/09/06
Date

HERMAN WIRSHING
Name of United States Marshal

Francisco A Lopez
(by) Deputy United States Marshal
PROCESS SERVER

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.